```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          SOUTHERN DIVISION
                            AT PIKEVILLE
```

CIVIL ACTION NO. 2007-225 (WOB)

SHEILA HUNT                                            PLAINTIFF

VS.                         <u>JUDGMENT</u>

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that the motion of plaintiff for summary judgment (Doc. #10) be, and it is, hereby **denied**; that the motion of defendant for summary judgment (Doc. #11) be, and it is, hereby **granted**; and that this action be, and it is, **hereby dismissed**, with prejudice, pursuant to sentence four of 42 U.S.C. § 405(g), and **stricken** from the docket of this court.

This 21st day of March, 2008.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge